UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMON LOK,<br><br>              Plaintiff,<br><br>-against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>              Defendant. | 25 MC 0159 (JGLC)<br><br>**<u>JUDGMENT</u>** |

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 11, 2026, Plaintiff's request to modify the arbitration award is meritless. Accordingly, the Court denies Plaintiff's motion and terminates this action with prejudice. Accordingly, the case is closed.

**Dated:**   New York, New York
         June 11, 2026

                                         **TAMMI M. HELLWIG**
                                           **Clerk of Court**

**BY:**

                                          **Deputy Clerk**